# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

JOHN ORVILLE STUDY,         )
                                   )
           Petitioner,         )
                                   )     No. 1:14-cv-994-RLY-MJD
        v.                     )
                                   )
SUPERINTENDENT, Wabash Valley  )
 Correctional Facility,         )
                                 )
           Respondent.     )


## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

For the reasons detailed in the accompanying Order, the Court now enters FINAL JUDGMENT. The action is dismissed without prejudice.


Date:  September 11, 2014.

                                             _____

                                             RICHARD L. YOUNG,  CHIEF JUDGE
                                           United States District Court
                                           Southern District of Indiana


Laura Briggs, Clerk of Court

By: _____
      Deputy Clerk




Distribution:

Electronically to Registered Counsel of Record

JOHN O. STUDY
130440
Wabash Valley Correctional Facility
Electronic Filing Participant – Court Only